IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBBIE K. "DEB" GRUVER,

    *Plaintiff*,

vs.

CHIEF GIDEON CODY,
MARION, KANSAS POLICE DEPARTMENT,
in his individual capacity,

    *Defendant*.

Case No. 6:23-CV-01179-DDC-BGS

## RETURN ON SERVICE

The undersigned, Blake Shuart, certifies that service of the COMPLAINT and SUMMONS, filed in the above-captioned matter, was effectuated upon defendant, Chief Gideon Cody by Special Process Server on the 30th day of August, 2023. A copy of the Special Process Server's statement is attached hereto.

Dated: September 7, 2023.

    Respectfully submitted,

    HUTTON & HUTTON

    */s/ Blake A. Shuart, #24463*
    Blake A. Shuart, #24463
    Andrew W. Hutton, #10264
    J. Darin Hayes, #16755
    Matthew M. Dwyer, #22492
    Kaylea D. Knappenberger, #28902
    8100 E. 22nd St. N., Bldg. 1200
    Wichita, KS 67226
    Phone: (316) 688-1166
    Fax: (316) 686-1077
    E-Mail: Blake.Shuart@huttonlaw.com
    *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
for the
District of Kansas

DEBBIE K. "DEB" GRUVER

vs.  CIVIL ACTION: 6:23-cv-01179

CHIEF GIDEON CODY,
MARION, KANSAS POLICE DEPARTMENT,
in his individual capacity

RETURN OF SERVICE

Served : Summons in a Civil Action, Complaint, Designation of Place of Trial, and Notice of MJ Availability

Served on Gideon Cody

on 30th day of August, 2023.

Served at: 2039 176th, Marion, KS

Manner of service: Personal

Server: Dwight Applegate

I declare under penalty of perjury that this information is true.

Date: 9-7-23.

_____
Server's Signature

Dwight Applegate
Printed name

Server's address
250 S. Laura, Wichita, KS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of September, 2023, the above and foregoing *Return on Service* was electronically filed with the Clerk of the Court via the Court's CM/ECF system.

*/s/ Blake A. Shuart*
Blake A. Shuart, #24463
