# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, | |
| *Plaintiff*, | |
| vs. | Case No. 6:23-CV-01179-DDC-BGS |
| CHIEF GIDEON CODY, MARION, KANSAS POLICE DEPARTMENT, in his individual capacity, | |
| *Defendant*. | |

## NOTICE OF SERVICE

COMES NOW the plaintiff in the above-entitled action and notifies the court that the following were served upon counsel for Defendant via email on the 15th day of January 2024:

1. Plaintiff's First Set of Requests for Admissions to Defendant.

    Respectfully submitted,

    HUTTON & HUTTON

    */s/ Blake A. Shuart, #24463*
    Blake A. Shuart, #24463
    Andrew W. Hutton, #10264
    J. Darin Hayes, #16755
    Matthew M. Dwyer, #22492
    Kaylea D. Knappenberger, #28902
    8100 E. 22nd St. N., Bldg. 1200
    Wichita, KS 67226
    Phone: (316) 688-1166
    Fax: (316) 686-1077
    E-Mail: Blake.Shuart@huttonlaw.com
    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of January 2024, the above and foregoing *Notice of Service* was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice of filing to:

Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500 Wichita, KS 67202
Telephone: 316-263-5851
Facsimile: 316-263-4677
E-Mail: jhill@mcdonaldtinker.com
      ekeeley@mcdonaldtinker.com
*Attorneys for Defendant Gideon Cody*

                                                               */s/ Blake A. Shuart*
                                                                Blake A. Shuart, #24463