# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DEBBIE K. "DEB" GRUVER          )
                                )
        Plaintiff,              )
                                )
vs.                             )   Case No. 23-CV-01179-DDC-GEB
                                )
CHIEF GIDEON CODY,              )
MARION, KANSAS POLICE DEPARTMENT)
In his individual capacity,     )
        Defendant.              )
                                )

## NOTICE OF SERVICE

COMES NOW Defendant Chief Gideon Cody, Marion, Kansas Police Department, by and through its attorneys of record, Jennifer M. Hill and Edward L. Keeley of McDonald Tinker PA, and hereby notifies the Court of the following:

1. That they served the Initial Disclosures documents Bates Numbered DEFENDANT000001-000575 to Plaintiff's counsel herein on the 18th day of January, 2024.

2. That the Defendant's First Set of Request for Production of Documents to Plaintiff were served on the 19th day of January, 2024.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
jhill@mcdonaldtinker.com
ekeeley@mcdonaldtinker.com
*Attorneys for Defendant Gideon Cody*
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Telephone:     (316) 263-5851
Facsimile:     (316) 263-4677

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of January, 2024, I electronically filed the foregoing Notice of Service with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Blake A. Shuart
Andrew W. Hutton
J. Darrin Hayes
Matthew M. Dwyer
Kaylea D. Knappenberger
Hutton & Hutton
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS 67226
*Attorneys for Plaintiff*

                /s/ Jennifer M. Hill
                Jennifer M. Hill