IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 6:23-CV-01179-DDC-GEB |
| | ) |
| GIDEON CODY, in his individual capacity, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## JOINT MEDIATION NOTICE

Pursuant to Scheduling Order, Plaintiff and Defendant collectively (the "Parties"), hereby file this Joint Mediation Notice. The Parties have selected Joe Eischens of Eischens Mediation Services, LLC, 8013 Park Ridge Dr., Parkville, MO, 64152, Telephone (816) 945-6393, to serve as their mediator. The mediation is scheduled to take place on April 2, 2024, beginning at 9:30 a.m. at Hutton & Hutton Law Firm, LLC, 8100 E. 22nd Street N., Bldg. 1200, Wichita, KS 67226.

Respectfully submitted,

/s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #
jhill@mcdonaldtinker.com
ekeeley@mcdonaldtinker.com
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Telephone:    (316) 263-5851
Facsimile:    (316) 263-4677
*Attorneys for Defendant*

and

/s/ Blake A. Shuart
Blake A. Shuart
Andrew W. Hutton
J. Darin Hayes

1

2

>
> Matthew M. Dwyer
> Kaylea D. Knappenberger
> HUTTON & HUTTON
> 8100 E. 22nd St. N., Bldg. 1200
> Wichita, KS 67226
> Phone: (316) 688-1166
> Fax: (316) 686-1077
> blake.shuart@huttonlaw.com
> *Attorneys for Defendant*