AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-01146

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* PAM MAAG
on *(date)* 2-15-2024

' I served the subpoena by delivering a copy to the named person as follows: PAM MAAG C/O Roger MAAG 1768 Upland MARion, KS. @ 8:22 A.M.
on *(date)* 2-17-2024 ; or

' I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-17-2024

_____
Server's signature

DAN MASTERSON   SPS
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23-CV-1179-DDC-GEB |
| CHIEF GIDEON CODY, MARION, KANSAS POLICE DEPARTMENT in his individual capacity | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Pam Maag

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**See Exhibit A, attached.**

| Place: Jennifer M. Hill, McDonald Tinker, PA<br>300 W. Douglas, Suite 500, Wichita, KS 67201<br>or by email to: jhill@mcdonaldtinker.com | Date and Time:<br>14 days from date of receipt. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/13/2024

CLERK OF COURT

OR

s/ N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chief Gideon Cody, Marion, Kansas Police Department, who issues or requests this subpoena, are:
Jennifer M. Hill, McDonald Tinker PA, 300 W. Douglas, Suite 500, Wichita, KS 67201, jhill@mcdonaldtinker.com, (316) 263-5851

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).