## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBBIE K. GRUVER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 23-1179-DDC-GEB |
| ) | |
| **GIDEON CODY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE AND ORDER TO SHOW CAUSE

Plaintiff's Complaint in this matter was filed on August 30, 2023. Plaintiff alleges facts and claims related to the August 11, 2023 execution of search warrants on the offices of the *Marion County Record*; the home of the paper's co-owners, Eric Meyer, and his mother, Joan Meyer; and the home of the city's Vice-Mayor, Ruth Herbel. Plaintiff brings claims regarding violation of her First and Fourth Amendment rights pursuant to 42 U.S.C. § 1983. Three additional cases related to the execution of search warrants on August 11, 2023 with similar claims brought pursuant to 42 U.S.C. § 1983 have recently been filed in this District: 1) *Phyllis J. Zorn v. City of Marion, Kansas, et al.* (24-2044-DDC-GEB); 2) *Cheri Bentz v. City of Marion, Kansas, et al.* (24-2120-DDC-GEB); and 3) *Eric Meyer, individually, and as the executor of the Estate of Joan Meyer, et al. v. City of Marion, Kansas, et al.* (24-2122-DDC-GEB).

Therefore, the Court orders Plaintiff to show cause in writing to the undersigned Magistrate Judge, on or before **May 29, 2024**, why this case should not be consolidated with 24-2044 *Phyllis J. Zorn v. City of Marion, Kansas, et al.*; 24-2120 *Cheri Bentz v. City*

*of Marion, Kansas, et al.*; and 24-2122 *Eric Meyer, individually, and as the executor of the Estate of Joan Meyer, et al. v. City of Marion, Kansas, et al.* for all pretrial proceedings pursuant to Fed. R. Civ. P. 42(a)(2) to promote judicial economy. Defendant's deadline for response is **June 5, 2024**. The case will be set for a hearing on **June 13, 2024 at 10:00 a.m. in Wichita courtroom 326**. Additionally, in light of the defenses raised in Defendant's answer and in the motions to dismiss in other actions, at the hearing the parties shall be prepared to discuss any issues related to the stay of discovery.

    IT IS SO ORDERED.

    Dated this 15th day of May, 2024.

                                                   s/ Gwynne E. Birzer
                                                   GWYNNE E. BIRZER
                                                   U.S. Magistrate Judge