### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, | \| |
| *Plaintiff*, | \| |
| vs. | \| Case No. 6:23-cv-01179-DDC-GEB |
| CHIEF GIDEON CODY, MARION, KANSAS POLICE DEPARTMENT, in his individual capacity, | \| |
| *Defendant*. | \| |

### PLAINTIFF'S RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

COMES NOW the plaintiff, Debbie K. "Deb" Gruver, through her undersigned counsel of record, and for her response to the Court's May 15, 2024, Notice and Order to Show Cause (Doc. 29), hereby states as follows:

Plaintiff Gruver generally agrees with what appears to be the prevailing position of the plaintiffs involved in this litigation: Each of the five lawsuits arising out of the August 11, 2023, search warrant executions (including the newly-filed Herbel action) should be consolidated for all pretrial proceedings pursuant to Fed. R. Civ. P. 42(a)(2) to promote judicial economy. Plaintiff Gruver does believe, however, that certain discovery-specific issues may arise throughout the litigation which may necessitate either agreements between all counsel or, absent such agreements, motion practice before the Court. By way of specific example, the deposition of Former Chief Cody – if it is to be subject to a consolidation order – is one discovery-specific item which may require either agreements between all involved counsel or a ruling of the Court to ensure that each plaintiff has a full opportunity to question

1

the witness to develop evidence needed in his or her specific case. Plaintiff Gruver, through counsel, will be prepared to discuss these matters at the June 12, 2024, hearing.

Respectfully submitted,

HUTTON & HUTTON

*/s/ Blake A. Shuart, #24463*
Blake A. Shuart, #24463
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS  67226
Phone: (316) 688-1166
Fax: (316) 686-1077
E-Mail: Blake.Shuart@huttonlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of May 2024, the above and foregoing *Plaintiff's Response to Notice and Order to Show Cause* was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice of filing to:

Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500 Wichita, KS 67202
Telephone: 316-263-5851
Facsimile: 316-263-4677
E-Mail: jhill@mcdonaldtinker.com
         ekeeley@mcdonaldtinker.com
*Attorneys for Defendant Gideon Cody*

                                                   */s/ Blake A. Shuart*
                                                 Blake A. Shuart, #24463