# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, | |
| *Plaintiff*, | |
| vs. | |
| FORMER CHIEF GIDEON CODY, MARION, KANSAS POLICE DEPARTMENT, in his individual capacity, | |
| MARION COUNTY ATTORNEY JOEL ENSEY, in his individual capacity, | Case No. 6:23-cv-01179-DDC-GEB |
| & | |
| MARION COUNTY SHERIFF JEFF SOYEZ, in his individual capacity, | |
| *Defendants*. | |

## RETURN OF SERVICE

The undersigned hereby certifies that service of the *First Amended Complaint*, Summons and Notice of Availability of Magistrate Judge was, by agreement of counsel, served on defendant Cody by e-mailing the same to his attorney of record, Jennifer M. Hill of McDonald Tinker, PA on the 26th day of June, 2024.

Respectfully submitted,

HUTTON & HUTTON

*/s/ Blake A. Shuart, #24463*
Blake A. Shuart, #24463
Andrew W. Hutton, #10264
J. Darin Hayes, #16755
Matthew M. Dwyer, #22492

        Kaylea D. Knappenberger, #28902
        8100 E. 22nd St. N., Bldg. 1200
        Wichita, KS  67226
        Phone: (316) 688-1166
        Fax: (316) 686-1077
        E-Mail: Blake.Shuart@huttonlaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of June, 2024, the above and foregoing *Return on Service* was electronically filed with the Clerk of the Court via the Court's CM/ECF System.

        */s/ Blake A. Shuart*
        Blake A. Shuart, #24463