# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-CV-01179-DDC-GEB |
| ) | |
| CHIEF GIDEON CODY, ) | |
| MARION, KANSAS POLICE DEPARTMENT ) | |
| in his individual capacity, ) | |
| ) | |
| MARION COUNTY ATTORNEY JOEL ENSEY, ) | |
| in his individual capacity, ) | |
| ) | |
| & ) | |
| ) | |
| MARION COUNTY SHERIFF JEFF SOYEZ, ) | |
| in his individual capacity, ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Debbie K. "Deb" Gruver hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with Prejudice for her claims against Defendant Cody only. Gruver and Cody stipulate that this action is dismissed with prejudice as to all claims, causes or action, pursuant to a settlement agreement entered into by Gruver and Cody.

Respectfully submitted this 26th day of June 2024.

Respectfully submitted,

s/ Blake A. Shuart
Blake A. Shuart, #24463
Hutton & Hutton
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS 67226
T: (316)688-1166
F: (316)686-1077
E:  blake.shuart@huttonlaw.com
*Attorneys for Plaintiff*


s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
 ekeeley@mcdonaldtinker.com
*Attorneys for Defendant Cody*