# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DEBBIE K. (DEB) GRUVER

    Plaintiff,

v.

CHIEF GIDEON CODY, et al.,

    Defendants.

Case No. 6:23-01179-DDC-GEB

## DEFENDANTS JEFF SOYEZ AND JOEL ENSEY'S
## MOTION TO DISMISS

COME NOW, the Defendants Jeff Soyez and Joel Ensey by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney, and pursuant to Fed. R. Civ. P. 12(b)(6), move for an order dismissing all claims asserted against them in Plaintiff's Amended Complaint on the basis that Plaintiff fails to state a claim upon which relief can be granted and they are entitled to qualified immunity. The defendants have filed herewith a brief in support of this motion, which is incorporated by reference.

WHEREFORE, Jeff Soyez and Joel Ensey pray that their motion be granted, for costs, and for such other and further relief as to the Court shall seem just and proper.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231 Fax (620) 792-2775
jkuhlman@wcrf.com
Attorney for Defendants Jeff Soyez and Joel Ensey

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of July, 2024, I electronically filed the above and foregoing Motion to Dismiss by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

                                                 /s/ JEFFREY M. KUHLMAN
                                                 Jeffrey M. Kuhlman, #26865