IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER,<br><br>*Plaintiff,*<br>v.<br><br>MARION COUNTY ATTORNEY JOEL ENSEY, in his individual capacity, et al.,<br><br>*Defendants.* | Case No. 6:23-cv-01179-DDC-GEB |
| CHERI BENTZ,<br><br>*Plaintiff,*<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>*Defendants.* | Case No. 2:24-02120-DDC-GEB<br>Consolidated Case No. 6:23-cv-01179-DDC-GEB |
| PHYLLIS J. ZORN,<br><br>*Plaintiff,*<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>*Defendants.* | Case No. 2:24-cv-02044-DDC-GEB<br>Consolidated Case No. 6:23-cv-01179-DDC-GEB |

## CITY DEFENDANTS' RESPONSE OPPOSING THE JOINT MOTION BY PLAINTIFFS GRUVER, BENTZ, AND ZORN FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE

Plaintiffs Gruver, Bentz, and Zorn have filed a procedurally improper motion entitled

"Motion For Leave To File Supplemental Response To Defendants' Motions To Dismiss." (See

Doc. 62) This is essentially a "me too" motion filed just one day after virtually the same motion

was filed in a related case, *Meyer et al. v. City of Marion et al.*, Doc. 75, Case No. 24-cv-2122-

DDC-GEB. None of these Plaintiffs have actually sought leave to file an amended complaint or

attached a proposed one. Gideon Cody, David Mayfield, Zach Hudlin, and the City of Marion, Kansas (the City Defendants) vigorously object to and oppose the pending motions in *Gruver, Bentz, Zorn* and *Meyer*. Moreover, these Defendants have already fully briefed this matter in their *Meyer* response brief. (*See* Doc. 76)

Several things are clear from the pending motion of Plaintiffs Gruver, Bentz, and Zorn. First, they were aware of the 2023 CBI criminal investigation before they filed their lawsuits. Plaintiffs could have waited to initiate their actions but chose not to. Second, Plaintiffs argue that some speculative possible future amended complaint (yet to be seen by the Court or the Defendants) would not be futile in the future, but that is not the legal standard for "futility." Third, Plaintiffs have filed an improper conditional "leave to amend" motion which federal courts do not recognize or grant. *Calderon v. Kansas Dept. of* SRS, 181 F.3d 1180, 1186-1187 (10th Cir. 1999); *Carter v. Giffin*, 2021 WL 5205438 at 18 (D. Kan.). Thus, Plaintiffs' joint pending motion to supplement should be overruled. *Id.*

The City Defendants fully incorporate herein their arguments and authorities discussed in Defendants' response brief in the *Meyer* case. (*See* Doc. 76) For all of the reasons stated above and in that response brief, Defendants request that the pending joint motion to "supplement" by Plaintiffs Gruver, Bentz, and Zorn be denied summarily.

Respectfully submitted,

s/ Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
Scott M. Ufford, #27524
ekeeley@mcdonaldtinker.com
jhill@mcdonaldtinker.com

sufford@mcdonaldtinker.com
*Attorneys for Defendant City Defendants*
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Telephone:    (316) 263-5851
Facsimile:    (316) 263-4677

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2024, I electronically filed the above and foregoing **City Defendants' Response Opposing The Joint Motion By Plaintiffs Gruver, Bentz, and Zorn For Leave To File a Supplemental Response** using the CM/ECF system which will send a notice of electronic filing to registered counsel, including the following:

Randall K. Rathbun
Depew Gillen Rathbun & Mcinteer LC
8301 E. 21st Street North, Suite 450
Wichita, Kansas 67206-2936
*Attorneys for Plaintiff, Phyllis Zorn*

Bernard J. Rhodes
Emma C. Halling
Lathrop GPM, LLP
2345 Grand Blvd., Ste. 220
Kansas City, MO 64108
*Attorney for Plaintiff Eric Meyer*,
Individually and as executor of the estate of
Joan Meyer and *The Hoch Publishing Co.,*
*Inc. d/b/a/ Marion County Record*

J. Eric Weslander
STEVENS & BRAND LLP
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
*Attorney for Plaintiff, Cheri Bentz*

Blake A. Shuart
Andrew W. Hutton
J. Darrin Hayes
Matthew M. Dwyer
Kaylea D. Knappenberger
Hutton & Hutton
8100 E. 22nd St. N., Bldg 1200
Wichita, KS 67226
*Attorneys for Plaintiff, Debbie Gruver*

s/ Edward L. Keeley
Edward L. Keeley, #09771