IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER,<br><br>    *Plaintiff,*<br>v.<br><br>MARION COUNTY ATTORNEY<br>JOEL ENSEY, in his individual<br>capacity, et al.,<br><br>    *Defendants.* | Case No. 6:23-cv-01179-DDC-GEB |
| CHERI BENTZ,<br><br>    *Plaintiff,*<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>    *Defendants.* | Case No. 2:24-02120-DDC-GEB<br>Consolidated Case No. 6:23-cv-01179-<br>DDC-GEB |
| PHYLLIS J. ZORN,<br><br>    *Plaintiff,*<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>    *Defendants.* | Case No. 2:24-cv-02044-DDC-GEB<br>Consolidated Case No. 6:23-cv-01179-<br>DDC-GEB |

## CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL RESPONSE (DOC. 62-1) AS IMPROPERLY FILED

On October 23, 2024, Plaintiffs Gruver, Bentz and Zorn filed a motion entitled "Motion For Leave To File Supplemental Response To Defendants' Pending Motions To Dismiss." (See Doc. 62) At the same time, Plaintiffs filed a document entitled "Supplemental Response" which is in reality their unauthorized Surreply to Defendants' Reply brief supporting dismissal in this case. (*See* Doc. 62-1) Defendants Gideon Cody, David Mayfield, Zach Hudlin, and the City of Marion, Kansas (the City Defendants) have filed a response brief vigorously objecting to and opposing

1

Plaintiffs' motion. (*See* Doc. 64) For the same reasons, these Defendants move to strike the "Supplemental Response" (Doc. 62-1) attached to Plaintiffs' motion as improperly filed.

Pursuant to D. Kan. 7.1(c), dispositive motion briefing is limited to a motion (with memorandum), a response, and a reply. A party may file a Surreply only with leave of the Court, under rare circumstances, and after a showing of good cause. *Van Horn v. Salvation Army*, 2024 WL 1256245 at 9 (D. Kan.). Grounded in common sense, the Surreply rules are not only fair and reasonable, they also minimize the battles over which side has the last word before the briefing is finally submitted. *Id.* Briefing must have an endpoint and should not become self-perpetuating. *Shaw v. T-Mobile U.S.A., Inc.,* 2021 WL 2206541 at 5-6 (D. Kan.).

In the case at bar, Plaintiffs Gruver, Bentz and Zorn have not shown "rare circumstances" or good cause for their Surreply (Doc. 62-1) which argues dismissal should be without prejudice and promises yet additional motions to amend their pleadings in the future. *Van Horn, Shaw*. The briefing regarding Defendants' motions to dismiss Plaintiffs' claims was fully submitted to the Court when Defendants submitted their Reply briefs. Plaintiffs' perpetual amendments to pleadings and their Surreply arguments must cease so that the Court may consider Defendants' pending dispositive motions without further interruptions. *Id.* Thus, Plaintiffs' Surreply (Doc. 62-1) should be stricken without further consideration. *Id.*

The City Defendants have fully briefed this matter in their response brief opposing a similar motion in *Meyer et al. v. City of Marion, KS et al.,* Doc. 75, Case No. 24-cv-2122-DDC-GEB. The arguments and authorities discussed in Defendants' response in that case are fully incorporated herein in support of this motion to strike. For all the reasons stated above and in Defendants' response brief in *Meyer*, Plaintiffs' "Supplemental Response" (Doc. 62-1) should be stricken as improperly filed. *Van Horn, Shaw.*

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
MCDONALD TINKER PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of November, 2024, a true and correct copy of the above and foregoing **City Defendants' Motion to Strike Plaintiffs' Supplemental Response (Doc. 62-1) As Improperly Filed** was electronically filed with the United States District Court via the CM/ECF system, which will provide electronic notice to all attorneys of record as follows:

Randall K. Rathbun
Depew Gillen Rathbun & Mcinteer LC
8301 E. 21st Street North, Suite 450
Wichita, Kansas 67206-2936
*Attorneys for Plaintiff, Phyllis Zorn*

Bernard J. Rhodes
Emma C. Halling
Lathrop GPM, LLP
2345 Grand Blvd., Ste. 220
Kansas City, MO 64108
*Attorney for Plaintiff Eric Meyer*,
Individually and as executor of the estate of
Joan Meyer and *The Hoch Publishing Co.,
Inc. d/b/a/ Marion County Record*

J. Eric Weslander
STEVENS & BRAND LLP
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
*Attorney for Plaintiff, Cheri Bentz*

Blake A. Shuart
Andrew W. Hutton
J. Darrin Hayes
Matthew M. Dwyer
Kaylea D. Knappenberger
Hutton & Hutton
8100 E. 22nd St. N., Bldg 1200
Wichita, KS 67226
*Attorneys for Plaintiff, Debbie Gruver*

Jeffrey L. Kuhlmann
WATKINS CALCARA, CHTD.
1321 Main Street – Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Tel: (620) 792-8231
Fax: (620) 792-2775
Email: jkuhlman@wcrf.com
*Attorneys for Defendants The Board of*
*County Commission of Marion County, KS,*
*Sheriff Jeff Soyez, Aaron Christner*

/s/Edward L. Keeley
Edward L. Keeley, #09771