IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, <br><br> *Plaintiff*, <br><br> vs. <br><br> MARION COUNTY ATTORNEY JOEL ENSEY, in his individual capacity, et al., <br><br> *Defendants*. | Case No. 6:23-cv-01179-DDC-GEB |
| CHERI BENTZ, <br><br> *Plaintiff*, <br><br> vs. <br><br> CITY OF MARION, KANSAS, et al., <br><br> *Defendants*. | Case No. 2:24-cv-02120-DDC-GEB <br> Consolidated Case No. 6:23-cv-01179-DDC-GEB |
| PHYLLIS J. ZORN, <br><br> *Plaintiff*, <br><br> vs. <br><br> CITY OF MARION, KANSAS, et al., <br><br> *Defendants*. | Case No. 2:24-cv-02044-DDC-GEB <br> Consolidated Case No. 6:23-cv-01179-DDC-GEB |

**PLAINTIFFS GRUVER, BENTZ, AND ZORN'S COMBINED RESPONSE BRIEF IN OPPOSITION OF THE CITY DEFENDANTS' MOTION TO STRIKE SUPPLEMENTAL RESPONSE (DOC. 62-1) AS IMPROPERLY FILED**

COME NOW the plaintiffs, DEBBIE K. "DEB" GRUVER, through her undersigned counsel of record Blake A. Shuart of Hutton & Hutton Law Firm, plaintiff CHERI BENTZ,

1

through her undersigned counsel of record J. Eric Weslander of Stevens & Brand LLP, and plaintiff PHYLLIS J. ZORN, through her undersigned counsel of record Randall K. Rathbun of Depew Gillen Rathbun & McInteer LC, and respectfully request this Court deny the "City Defendants'" motion (Doc. 65) requesting the Court strike the proposed supplemental response brief (Doc. 62-1) in opposition of the various defendants' *Motions to Dismiss*. In support of the sought relief, plaintiffs Gruver, Bentz & Zorn briefly advise the Court as follows:

Entering an Order "striking" the proposed supplemental response brief is not the appropriate remedy, as there is no live controversy on this issue – the proposed supplemental response brief has not been officially filed and the Court has not agreed to consider it in conjunction with the other briefing on the pending motions to dismiss. It is therefore unclear as to why the motion was filed – simply opposing the motion (Doc. 62) would have been sufficient. Indeed, the "City Defendants'" have already filed their response in opposition (Doc. 64), asking that the proposed supplemental brief not be filed or considered.

If plaintiffs' motion set out in Doc. 62 is granted as they contend it should be, given the abundance of documents which continue to roll in, including a new set of rolling production received last week[1] – the third batch of documents from the special prosecutors – Doc. 62-1 may be filed and considered by the Court. If their motion is denied, the opposite is true. In either event, striking the proposed brief is not the appropriate remedy and the "City Defendants'" motion should be denied.

---

[1] The "City Defendants" contend in their response brief (Doc. 64) opposing plaintiffs' *Motion for Leave to File Supplemental Response* (Doc. 62) that plaintiffs were "aware of the 2023 CBI criminal investigation before they filed their lawsuits" and "could have waited to initiate their actions but chose not to." *Doc. 64,* p. 2. This assertion defies logic. Instead of holding their causes of action to wait and determine whether and when a pending investigation would conclude within the statute of limitations and whether and to what extent it would generate evidence, plaintiffs took the logical course and proceeded diligently with their cases while the criminal investigation ran its own course. The fact that it *has* concluded and generated nearly 50,000 pages of evidence to date is an important development, however, and one that merits another opportunity for plaintiffs to plead their cases if the Court were to deem the current pleadings inadequate as a matter of law.

Although plaintiff Gruver no longer has a pending action against any "City Defendant," she nevertheless opposes the motion, as it would have an equal impact on the pending *Motions to Dismiss* filed by the "County Defendants."

WHEREFORE, plaintiffs DEBBIE K. "DEB" GRUVER, CHERI BENTZ, and PHYLLIS J. ZORN, respectfully request that this Honorable Court deny the "City Defendants'" motion to strike (Doc. 65) and request any other such relief as the Court may deem just and equitable in the premises.

Respectfully submitted,

HUTTON & HUTTON

*/s/ Blake A. Shuart, #24463*
Blake A. Shuart, #24463
Kaylea D. Knappenberger, #28902
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS  67226
Phone: (316) 688-1166
Fax: (316) 686-1077
E-Mail: Blake.Shuart@huttonlaw.com
*Attorneys for Plaintiff Gruver*


STEVENS & BRAND LLP

*By: s/ J. Eric Weslander*
J. ERIC WESLANDER, #24549
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
Telephone ~ (785) 843-0811
Facsimile ~ (785) 843-0341
eweslander@stevensbrand.com
*Attorneys for Plaintiff Bentz*

DEPEW GILLEN RATHBUN & MCINTEER LC

*/s/Randall K. Rathbun*
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
Attorneys for Plaintiff Zorn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of November 2024, the above and foregoing *Response Brief* was electronically filed via the Court's CM/ECF system and notice sent to all counsel of record.

*/s/ Blake A. Shuart*
Blake A. Shuart, #24463