# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**DEBBIE K. GRUVER,**

        **Plaintiff,**

v.                                                Case No. 23-1179-DDC-GEB

**JEFF SOYEZ,**
**JOEL ENSEY,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 68) filed on March 28, 2025.**

    03/28/2025                                             SKYLER B. O'HARA
       Date                                                   CLERK OF THE DISTRICT COURT

                                                                 by:   s/ Megan Garrett
                                                                         Deputy Clerk