IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. "DEB" GRUVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE: 6:23-cv-01179-DDC-GEB |
| | ) |
| CHIEF GIDEON CODY, ET AL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS JEFF SOYEZ, AARON CHRISTNER, AND JOEL ENSEY'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and Joel Ensey by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney, and responds to Plaintiff's Motion to Amend Complaint (Doc.70).

Defendants do not oppose Plaintiff's request for leave to file a Third Amended Complaint, but reserve their right to raise any potential defenses that may be available under Rule 12 upon Plaintiff's filing of her Third Amended Complaint.

Because this would be the fourth version of Plaintiff's Complaint, Defendants do anticipate that they will oppose any future attempts to amend the allegations in the Complaint.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/    JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231   Fax (620) 792-2775

        jkuhlman@wcrf.com
Attorney for Defendants Jeff Soyez, Aaron Christner, and Joel Ensey

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2025, I electronically filed the above and foregoing Response by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

        s/ JEFFREY M. KUHLMAN
        Jeffrey M. Kuhlman, #26825