#### THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. (DEB) GRUVER<br><br>    Plaintiff,<br><br>    v.<br><br>CHIEF GIDEON CODY, et al.,<br><br>    Defendants. | Case No. 6:23-01179-DDC-GEB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Debra Gruver hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with Prejudice for her claims against Defendants Aaron Christner, Jeff Soyez and Joel Ensey and stipulates that this action is dismissed with prejudice as to all claims, causes or actions, pursuant to the settlement agreements entered into by Deb Gruver, Aaron Christner, Jeff Soyez and Joel Ensey.

Respectfully submitted,

*/s/ Blake A. Shuart*
Blake A. Shuart, #24463
HUTTON & HUTTTON
8100 E. 22nd St. N., Bldg. 1200
Wichita, KS 67226
(316)688-1166;
Blake.Shuart@huttonlaw.com
*Attorneys for Debbie K. "Deb" Gruver*

*/s/ Jeffrey M. Kulhman*
Jeffrey M. Kuhlman, #26865
WATKINS CALCARA, CHTD.
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231;
jkuhlman@wcrf.com
*Attorney for Defendants Aaron Christner, Jeff Soyez, and Joel Ensey*