UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. GRUVER,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL ENSEY, AND<br>JEFF SOYEZ,<br><br>    Defendants. | Case No. 23-1179-DDC-GEB<br>(Lead Case - Closed) |
| PHYLLIS J. ZORN,<br><br>    PLAINTIFF,<br><br>v.<br><br>DAVID MAYFIELD,<br>GIDEON CODY, AND<br>ZACHARIAH HUDLIN,<br><br>    DEFENDANTS. | Case No. 24-2044-DDC-GEB |
| ERIC MEYER, AND<br>THE HOCH PUBLISHING CO., INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MARION, KANSAS,<br>DAVID MAYFIELD,<br>GIDEON CODY, AND<br>ZACH HUDLIN,<br><br>    DEFENDANTS. | Case No. 24-2122-DDC-GEB |
| RUTH C. HERBEL, AND<br>RONALD D. HERBEL,<br><br>    Plaintiffs,<br><br>v. | |

| | |
|---|---|
| CITY OF MARION, KANSAS, GIDEON CODY, AND ZACH HUDLIN, <br><br>   Defendants. | Case No. 24-2224-HLT-GEB |

## **INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of this action. With this goal in mind, U.S. Magistrate Judge, Gwynne E. Birzer, will conduct a Fed. R. Civ. P. 16 scheduling conference on **January 8, 2026**, at **11:00 a.m. via Zoom**. A Zoom link will be sent to counsel of record prior to the conference.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **December 19, 2025**. Generally, discussion at the planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including using mediation or other methods of alternative dispute resolution; making or at least arranging for Fed. R. Civ. P. 26(a)(1) disclosures; any issues about preserving discoverable information; developing a discovery plan; discovery of electronically stored information (ESI); and a proposed scheduling order. More specifically, the parties must discuss the agenda items set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) and Fed. R. Civ. P. 26(f)(3)(A)-(F), and prepare a proposed scheduling order using the form available under "Guidelines and Orders" at the following:

https://www.ksd.uscourts.gov/content/magistrate-judge-gwynne-e-birzer

Careful planning is essential to efficient case management and discovery. The court strongly encourages the parties to conduct their Rule 26(f) planning conference in person

instead of by telephone, to improve the quality of discussion. It is unacceptable to simply exchange draft proposed scheduling orders by e-mail without further discussion. The court also strongly encourages "first chair" trial counsel to be meaningfully involved in this critical planning process. Before the planning conference, the parties shall review and be prepared to address the agenda items set out in Rules 16(c)(2)(A)-(P) and 26(f)(3)(A)-(F). The parties should think creatively and cooperatively, to the extent possible, about how to structure this case in a way that will lead to the efficient resolution of the factual and legal issues presented.

The parties must work together to draft a proposed scheduling order, which will constitute the written report required by Fed. R. Civ. P. 26(f)(2).  The parties must note any points of disagreement in the proposed scheduling order and include a brief explanation of their respective positions.  By **December 30, 2025**, plaintiffs must submit the following:

(1) a redlined version of the proposed scheduling order that shows all changes to the court's form proposed scheduling order, and

(2) a clean version of the proposed scheduling order.

Both versions of the document must be submitted in Word format as an attachment to an e-mail sent to [ksd_birzer_chambers@ksd.uscourts.gov](mailto:ksd_birzer_chambers@ksd.uscourts.gov). The proposed scheduling order must not be filed with the clerk's office. The e-mail transmitting the proposed scheduling order must also include cellular numbers for each attorney and any party appearing pro se.

The parties must serve their Rule 26(a)(1)(A) initial disclosures by **December 30, 2025**, and email copies of the initial disclosures to the undersigned judge's chambers with

the proposed scheduling order. The magistrate judge may discuss these disclosures during the scheduling conference in finalizing a discovery and case plan that achieves Rule 1's objectives. The parties should not submit to the court any documents identified or described in their Rule 26(a)(1)(A) initial disclosures.

If you have questions concerning the requirements of this order, please contact the undersigned judge's chambers at 316-315-4360, or by e-mail at: *ksd_birzer_chambers@ksd.uscourts.gov*.

**IT IS SO ORDERED.**

Dated this 24th day of November 2025 at Wichita, Kansas.

                                      s/ Gwynne E. Birzer
                                      GWYNNE E. BIRZER
                                      U.S. Magistrate Judge