DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. GRUVER, | ) |
| | ) |
|           Plaintiff, | ) |
| v. | ) Case No. 23-1179-DDC-GEB |
| | ) (Lead case closed) |
| JOEL ENSEY and JEFF SOYEZ, | ) |
| | ) |
|           Defendants. | ) |
| _____ | ) |
| PHYLLIS J. ZORN | ) |
| | ) |
|           Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 24-2044-DDC-GEB |
| DAVID MAYFIELD, et al., | ) |
| | ) |
|           Defendants | ) |
| _____ | ) |
| RUTH C. HERBEL and RONALD D., HERBEL, | ) |
| | ) |
|           Plaintiffs | ) |
| v. | ) Case No. 24-2224-HLT-GEB |
| | ) |
| CITY OF MARION, KS, et al. | ) |
| | ) |
|           Defendants. | ) |
| _____ | ) |

| | |
|---|---|
| ERIC MEYER and THE HOCH PUBLISHING CO., INC., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Case No. 24-2122-DD-GEB ) |
| CITY OF MARION, KS, et al., | ) ) |
| Defendants. | ) ) |
| _____ | ) |

**NOTICE OF SERVICE**

COMES NOW the Plaintiff Phyllis Zorn, and pursuant to Fed. R. Civ. P. 26(a)(1), she served upon all counsel her Initial Disclosures on December 30, 2025.

                                              Respectfully submitted,

                                              DEPEW GILLEN RATHBUN & MCINTEER LC

                                              /s/Randall K. Rathbun
                                              Randall K. Rathbun #09765
                                              8301 E. 21st Street N., Suite 450
                                              Wichita, KS 67206-2936
                                              (316) 262-4000
                                              Randy@depewgillen.com
                                              *Attorneys for Plaintiff Zorn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2025, the above and foregoing **Notice of Service** was filed via CM/ECF and notice sent to:

Bernard J. Rhodes
Emma C. Halling
Lathrop GPM, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
*Attorneys for Meyer, et al.*

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, et al.*

/s/Randall K. Rathbun
Randall K. Rathbun #09765