DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. GRUVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-1179-DDC-GEB |
| | ) (Lead case closed) |
| JOEL ENSEY and JEFF SOYEZ, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| PHYLLIS J. ZORN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 24-2044-DDC-GEB |
| DAVID MAYFIELD, et al., | ) |
| | ) |
| Defendants | ) |
| _____ | ) |
| RUTH C. HERBEL and RONALD D., HERBEL, | ) |
| | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) Case No. 24-2224-HLT-GEB |
| | ) |
| CITY OF MARION, KS, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ERIC MEYER and THE HOCH )
PUBLISHING CO., INC., )
)
                Plaintiffs )
v. ) Case No. 24-2122-DD-GEB
)
CITY OF MARION, KS, et al., )
                Defendants. )
_____ )

## PLAINTIFF ZORN'S EXPERT DISCLOSURES

COMES NOW the plaintiff Phyllis Zorn, and pursuant to Fed. R. Civ. P.

26(a)(2), and provides the following disclosure:

    Dr. Paul Genilo
    Neurology Consultants of Kansas
    2135 N. Collective Lane
    Wichita, KS 67206

Dr. Genilo was the plaintiff's treating physician for her epilepsy before

the raid. He is therefore a fact witness who will most likely offer expert opinion

in the course of his testimony which will cover the following:

    a.    His care and treatment of the plaintiff and the medications he
        prescribed.

    b.    The deleterious effects of the raid on plaintiff Zorn's health.

Copies of his medical records have been provided to counsel.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiff Zorn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2026, the above and foregoing

**Plaintiff Zorn's Expert Disclosure**  was filed via CM/ECF and notice sent to:

Bernard J.Rhodes
Emma C. Halling
Lathrop GPM, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
*Attorneys for Meyer, et al.*

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, et al.*

/s/Randall K. Rathbun
Randall K. Rathbun #09765