**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DEBBIE K. GRUVER,<br><br>Plaintiff,<br><br>v.<br><br>JOEL ENSEY AND JEFF SOYEZ,<br><br>Defendants. | Case No. 23-1179-DDC-GEB<br>(Lead Case-Closed) |
| PHYLLIS J. ZORN,<br><br>Plaintiff,<br>v.<br><br>DAVID MAYFIELD,<br>GIDEON CODY, AND<br>ZACHARIAH HUDLIN,<br><br>Defendants. | Case No. 24-2044-DDC-GEB |
| ERIC MEYER AND<br>THE HOCH PUBLISHING CO., INC.,<br><br>Plaintiffs,<br>v.<br>CITY OF MARION, KANSAS,<br>DAVID MAYFIELD,<br>GIDEON CODY, AND<br>ZACH HUDLIN,<br><br>Defendants. | Case No. 24-2122-DDC-GEB |
| RUTH C. HERBEL AND<br>RONALD D. HERBEL,<br><br>Plaintiffs,<br>v.<br>CITY OF MARION, KANSAS,<br>GIDEON CODY, AND<br>ZACH HUDLIN, | Case No. 24-2224-HLT-GEB |

**NOTICE TO TAKE DEPOSITION**

TO: All parties and/or Their Counsel of Record

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendants, City of Marion, Kansas, Gideon Cody, David Mayfield, and Zach Hudlin by and through Jennifer M. Hill, Scott M. Ufford, and Edward L. Keeley of McDonald Tinker PA, hereby give notice that they will take the deposition of Phyllis Zorn, upon oral examination and upon cross-examination, for the purposes of discovery and any other purpose permissible by law, located at the law office of Depew Gillen Rathbun & McInteer, LC, 8301 East 21st Street North, Suite 450, Wichita, Kansas 67206 on **Thursday, October 8, 2026, beginning at 9:00 a.m.** and will continue until completed.

Respectfully submitted,

s/ Jennifer M. Hill

Jennifer M. Hill, #21213
Scott M. Ufford, #27524
Edward L. Keeley, #09771
jhill@mcdonaldtinker.com
sufford@mcdonaldtinker.com
ekeeley@mcdonaldtinker.com
*Attorneys for Defendants*
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Telephone: (316) 263-5851

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of October, 2026, the above and foregoing Notice To Take Deposition was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maxwell Kautsch
Kautsch Law, LLC
810 Pennsylvania Street, Ste. 207
Lawrence, KS 66044
785-840-0077
maxk@kautschlaw.com
*Attorneys for Ruth and Ronald Herbel*

Bernie Rhodes
Emma Halling
Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Bernie.rhodes@lathropgpm.com
Emma.halling@lathropgpm.com
*Attorneys for Eric Meyer and The Hoch Publishing Co.*

Jared A. McClain
Tate H. Cooper
Benjamin A. Field
Michael Peña
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
703-682-9320
jmcclain@ij.org
tcooper@ij.org
bfield@ij.org
mpena@ij.org
*Attorneys for Ruth and Ronald Herbel*

And a true and correct copy sent to:

STENO: concierge@steno.com
PO BOX 22637
Pasadena, CA 91185-2637

s/ Jennifer M. Hill
Jennifer M. Hill