**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DEBBIE K. GRUVER,<br>*Plaintiff,*<br>v.<br>JOEL ENSEY AND JEFF SOYEZ,<br>*Defendants.* | Case No. 23-1179-DDC-GEB<br>(Lead case closed) |
| PHYLLIS J. ZORN,<br>*Plaintiff,*<br>v.<br>DAVID MAYFIELD, ET AL.,<br>*Defendants.* | Case No. 24-2044-DDC-GEB<br>(Case closed) |
| ERIC MEYER AND THE HOCH PUBLISHING CO., INC.,<br>*Plaintiffs,*<br>v.<br>CITY OF MARION, KANSAS, ET AL.,<br>*Defendants.* | Case No. 24-2122-DDC-GEB |
| RUTH C. HERBEL AND RONALD D. HERBEL,<br>*Plaintiffs,*<br>v.<br>CITY OF MARION, KANSAS, ET AL.,<br>*Defendants.* | Case No. 24-2224-HLT-GEB |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiffs and Defendants (collectively, the "Parties") respectfully file this joint motion to request that this Court extend the discovery deadline set forth in the Court's scheduling order by 45 days, to December 21, 2026. Such an extension is supported by good cause, and it is appropriate

because the existing schedule cannot be met despite the diligence of the Parties. *See* Fed. R. Civ. P. 16 advisory committee's note to 1983 amendment. In support of this motion, the Parties state the following:

1. On January 8, 2026, this Court entered its Phased Scheduling Order, which set **November 6, 2026,** as the deadline for completing discovery. ECF No. 98 at 4.

2. The Parties have already exchanged voluminous document discovery and completed fourteen depositions. Outstanding discovery nevertheless remains, including additional discovery requests between the Parties, subpoenas to third parties, and approximately ten additional depositions.

3. The Parties required substantial time to review and analyze the tens of thousands of pages produced in discovery. That review, along with information learned through depositions, revealed material facts that were previously unknown, which informed the scope of subsequent discovery.

4. The Parties have worked diligently and in good faith to complete discovery. They have conferred regarding the remaining depositions, and several depositions are already scheduled throughout the remainder of October 2026.

5. Because of the difficulties of scheduling counsel for multiple parties and a number of additional deponents, the Parties do not reasonably expect to complete the remaining discovery by November 6, 2026, despite their diligent efforts.

6. The Parties agree that a modest extension will provide sufficient time to complete the remaining discovery. This is the Parties' first request to extend the discovery deadline. The requested extension is not sought for purposes of delay and will not require modification of any other deadline in the Court's scheduling order.

7. The Parties therefore jointly request that the Court enter an order extending the discovery deadline to **December 21, 2026**, with all other deadlines remaining unchanged.

Dated: October 14, 2026

Respectfully submitted,


*/s/ Emma C. Halling*

Emma C. Halling
Benard J. Rhodes
Emma.halling@lathropgpm.com;
Bernie.rhodes@lathropgpm.com
LATHROP GPM, LLP
2323 Grand Blvd., Floor 8
Kansas City, MO 64108
Tel: (816) 460-5622

*Attorneys for Eric Meyer, et al.*

*/s/ Jennifer M. Hill*
Jennifer M. Hill
Edward L. Keeley
Scott Michael Ufford
jhill@mcdonaldtinker.com;
ekeeley@mcdonaldtinker.com;
sufford@mcdonaldtinker.com
MCDONALD TINKER, PA
300 W. Douglas Avenue, Suite 500
PO Box 207
Wichita, KS 67202
Tel: (316) 263-5851

*Attorneys for Defendants*

*/s/ Jared A. McClain*

Jared A. McClain* (DC Bar No. 1720062)
Tate H. Cooper* (MO Bar No. 75912)
Benjamin A. Field*
(NY Bar No. 5430129, DC Bar No. 1046902)
jmcclain@ij.org; tcooper@ij.org;
bfield@ij.org
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320

Michael Peña (TX Bar No. 24131580)
mpena@ij.org
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
Tel: (512) 480-5936

*/s/ Maxwell E. Kautsch*

Maxwell E. Kautsch (KS Bar No. 21255)
maxk@kautschlaw.com
KAUTSCH LAW, LLC
810 Pennsylvania St., Ste. 207
Lawrence, KS 66044
Tel: (785) 840-0077

*Attorneys for Ruth & Ronald Herbel*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I caused the foregoing document to be submitted via the CM/ECF system, which will provide electronic service upon all attorneys of record.

*/s/ Maxwell E. Kautsch*
Maxwell E. Kautsch